**92–947.** Perez v. Cleveland. *Hamilton County,* No. C–910408.
MOYER, C.J., and SWEENEY, J., dissent.
On motion for leave to file memorandum opposing instanter. Motion granted.

**92–973.** Leibreich v. A.J. Refrigeration, Inc. *Hamilton County,* No. C–910241.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1002.** Jenkins v. James B. Day & Co. *Franklin County,* No. 91AP–1124.
SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**92–1004.** State v. Henderson. *Cuyahoga County,* No. 58560.
On motion and cross-motion for leave to appeal. Motions allowed.
SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.

**92–1018.** Crock Constr. Co. v. Stanley Miller Constr. Co. *Noble County,* No. 206.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1028.** Gover v. State. *Hamilton County,* No. C–910314.
SWEENEY and HOLMES, JJ., dissent.

**92–1032.** Cincinnati Ins. Co. v. Heritage Buffing & Polishing, Inc. *Fairfield County,* No. 29–CA–91.
MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–1035.** Hughes v. State. *Franklin County,* Nos. 91AP–1167 and 91AP–1168.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1064.** Atwater Twp. Trustees v. BFI Willowcreek Landfill. *Portage County,* No. 91–P–2375.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–1080.** Ohioans for Fair Representation, Inc. v. Taft. *Franklin County,* No. 91AP–834.
H. BROWN and RESNICK, JJ., dissent.

**92–1093.** Aluminum Lines Prod. Co. v. Rolls–Royce Motors, Inc. *Cuyahoga County,* No. 59790. On motion and cross-motion to certify the record. Motions allowed.
MOYER, C.J., and SWEENEY, J., dissent.
On motion for leave to file memorandum opposing cross-appeal instanter. Motion granted.

**92–1169.** Freeman v. Holzer Med. Ctr. *Gallia County,* No. 91–CA–8. On motion to consolidate with 92–1005, *Freeman v. Holzer Med. Ctr.,* Gallia County, No. 91–CA–8. Motion to consolidate granted.
SWEENEY and HOLMES, JJ., dissent and would grant the motion to dismiss.
MOYER, C.J., not participating.
*Sua sponte,* the motion to certify in 92–1005 is allowed.
SWEENEY and HOLMES, JJ., dissent.
MOYER, C.J., not participating.

## JURISDICTIONAL MOTIONS OVERRULED

**92–793.** State v. Hubbard. *Butler County,* No. CA90–10–215.

**92–798.** State v. Adkins. *Ashtabula County,* No. 91–A–1651.

**92–872.** State v. Phillips. *Lorain County,* No. 91CA004999.

**92–887.** Associated Maintenance & Roofing Co. v. Rockwell Internatl. Corp. *Hardin County,* No. 6–91–12.
RESNICK, J., dissents.

**92–895.** Reeser v. Weaver Bros., Inc. *Darke County,* No. 1280. On motion and cross-motion for leave to appeal. Motions denied.
H. BROWN and RESNICK, JJ., dissent.